

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00547-CR

Desere Devine **DAVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 569002
Honorable Jason Roland Garrahan, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 10, 2019.

_____
Patricia O. Alvarez, Justice